FILED

June 7, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
                Plaintiff,               )          Case No. 3:19-mj-00013-DMC
                                         )
v.                                       )
                                         )          ORDER FOR RELEASE OF
GREGORIO ANGEL ROJAS,                    )          PERSON IN CUSTODY
                                         )
                Defendant.               )

TO:   UNITED STATES MARSHAL:

        This is to authorize and direct you to release, GREGORIO ANGEL ROJAS, Case No.

3:19-mj-00013-DMC from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

        _____   Release on Personal Recognizance

        _X_     Bail Posted in the Sum of: $50,000.00.

                _X_   Co-Signed Unsecured Appearance Bond

                _____   Secured Appearance Bond

                _X_   (Other) Conditions as stated on the record.

                _X_   (Other) The Defendant is ordered released to the custody of the Pretrial Services Officer

                        on 6/10/2019 for transport to the Well Space drug treatment facility.

        This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

        Issued at _Sacramento, CA_ on _6/7/2019_ at _3:05 p.m._____

                                         By _____
                                                Edmund F. Brennan
                                                United States Magistrate Judge